THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO R. TORRES, Also Known as "MONDO," Appellant. [65

NYS3d 822]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, DeJoseph, Lindley and Winslow, JJ.